| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

DAVID L. LATTIMORE, §
§
    Petitioner, §
§
*versus* § CIVIL ACTION H-10-2017
§
RICK THALER and ALAN BROWN, §
§
    Respondents. §

## Order of Adoption

On January 27, 2011, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (30). Lattimore filed objections (31). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Lattimore's petition is denied. A certificate of appealability will not issue.

Signed March 1, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge